IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. CV416-287 |
| $13,138.12 IN U.S. CURRENCY, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

Before the Court is the Government's Motion to Stay and Consolidate Cases. (Doc. 4.) After careful consideration, the Government's motion is **GRANTED**. The Clerk of Court is **DIRECTED** to consolidate this case with CV416-217 and close this case following consolidation. The Clerk of Court is further **DIRECTED** to amend the caption of CV416-217 to note the addition of the above-referenced defendant in rem.

In addition, the consolidated cases are hereby stayed for a period of **NINETY DAYS** from the date of this order. Should the need arise, the Government may seek to extend the stay by filing a motion explaining the need for further extension. However, the Court expects the Government to complete its investigation in this matter with all deliberate speed. This order supersedes the Magistrate

Judge's previous order in CV416-217 staying that case until the conclusion of the related criminal proceedings.[1]

SO ORDERED this 9th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The problem with the Magistrate Judge's order is that there are not any related criminal proceedings at this time, but rather only an ongoing investigation. This Court is unwilling to enter an indefinite stay placing the Government in control of significant funds that may be related to a possible future criminal indictment.